IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN MOSLEY     PLAINTIFF

V.     CIVIL ACTION NO.: 4:04CV228-M-B

VALLEY SERVICES, INC.     DEFENDANT

## ORDER AMENDING CASE MANAGEMENT PLAN

The Plaintiff and Defendant have requested, *ore tenus*, that the case management plan be amended to extend the discovery and motion deadlines. The Court finds that the extension is necessary for the parties to complete the discovery process. Accordingly,

IT IS HEREBY ORDERED that the discovery deadline is extend to September 1, 2005.

IT IS FURTHER ORDERED that the motion deadline is extended to September 15, 2005.

SO ORDERED, this 22 day of June, 2005.

EUGENE M. BOGEN
UNITED STATES MAGISTRATE JUDGE

As submitted by the parties:

John C. Cox, Esq.
Attorney for the Plaintiff

Richard A. Hammond, Esq.
Attorney for the Defendant